IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **HARRY D. HIRSCH**, individually and <br> **HARRY D. HIRSCH**, class member, <br><br> Plaintiffs, <br><br> v. <br><br> **JON S. CORZINE, BRADLEY I. ABELOW, LAURIE R. FERBER, MICHAEL STOCKMAN, DENNIS KLEJNA, TRACEY LOWERY, and CME GROUP INC.**, a Delaware corporation, <br><br> Defendants. | No. 12-10020 <br><br> Hon. Julian A. Cook, Jr. |

## NOTICE OF RULE 41 VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Harry D. Hirsch, individually and purportedly on behalf of similarly-situated others, hereby voluntarily dismisses the above entitled action without prejudice and without costs to any party.

Dated: March 30, 2012

Respectfully submitted,

Harry D. Hirsch

By: */s/ Harry D. Hirsch*

Harry D. Hirsch
The Legal Action Group, PC
P.O. Box 973
Bloomfield Hills, MI 48303
Ph:   (248) 203-2734
Fax: (248) 203-2738

1